UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY PAUL KEENAN,

        Plaintiff,

v.                                       Case No. 2:05-cv-113
                                           HON. ROBERT HOLMES BELL

PAUL PRUCHA, et al.,

        Defendants.

_____/

**REPORT AND RECOMMENDATION**

        Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2007, the Sixth Circuit Court of Appeals remanded the case to this court for further proceedings. On April 25, 2007, this Court issued an Order Regarding Service. Plaintiff's copy of the order was returned to this Court on April 30, 2007, as undeliverable, indicating that plaintiff had been released from incarceration and had left no forwarding address.

        Accordingly, because plaintiff has failed to keep the Court apprised of his current address, I recommend that plaintiff's complaint be dismissed, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute. *See Catz v. Chalker*, 142 F.3d 279, 286 (6th Cir. 1998); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991); *Buck v. U.S. Dept. of Agriculture*, 960 F.2d 603 (6th Cir. 1992).

        NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within ten (10) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3. Failure to file timely objections constitutes a waiver of any further right to appeal.

*United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985).

          /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE

Dated:   May 1, 2007